# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50827
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 26, 2018

Lyle W. Cayce
Clerk

ANGELA D. CLACK,

      Plaintiff - Appellant

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

      Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:16-CV-1069

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

      The judgment of the district court is affirmed because the court has no jurisdiction to decide future claims before the Equal Employment Opportunity Commission and Plaintiff has agreed to arbitrate her claims.

      AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.